**Order entered September 4, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00248-CV

## ESTATE OF SAMSON HADIS ALEMAYEHU, Appellant

## V.

## ROBERT D. HEMPHILL, Appellee

**On Appeal from the Probate Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. 12-1377-3**

## ORDER

We **GRANT** appellant's August 29, 2013 motion for an extension of time to file an amended brief. Appellant shall file an amended brief on or before October 4, 2013.

/s/     DAVID LEWIS
          JUSTICE